AO 94
(10/82)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

**United States District Court**

DISTRICT: Eastern District of CA

UNITED STATES OF AMERICA
v.

Alicia Pacheco-Figueroa

DOCKET NO.:

MAGISTRATE CASE NO.: 07 mj 00055

FILED
MAR 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
☐ indictment   ☐ information   ☒ complaint   ☐ Other (specify)

charging a violation of  8  U.S.C. § 1326

DISTRICT OF OFFENSE: Northern District of CA

DATE OF OFFENSE: 9/6/06

DESCRIPTION OF CHARGES:

Unlawful re-enter and was found in the U.S. after deportation, without permission of the Attorney General or the Secretary of the Homeland Security.

BOND IS FIXED AT $ No Bail

DISTRICT

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

3/8/2007
Date

DENNIS L. BECK, U.S. Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |